Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 08–00554
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
   Antonio Rangel
   1812 W 47th Street
   Chicago, IL 60609–3842

Social Security No.:
   xxx–xx–2940

Employer's Tax I.D. No.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on January 26, 2009

                                    FOR THE COURT

Dated: January 27, 2009                            Kenneth S. Gardner , Clerk
                                                       United States Bankruptcy Court