```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 00554
   ANTONIO RANGEL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2940


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 04/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/26/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE           UNSECURED            2253.71           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED             733.50           .00           .00
CBE GROUP                  UNSECURED          NOT FILED           .00           .00
CITI ADVANTAGE             UNSECURED          NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED             625.00           .00           .00
WEISS MEMORIAL HOSPITAL    UNSECURED          NOT FILED           .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED          NOT FILED           .00           .00
NCO FINANCIAL              UNSECURED          NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            1439.00           .00           .00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY       NOT FILED           .00           .00
HOME EQUITY SERVICING CO   SECURED NOT I          .00             .00           .00
JAROS TITLE & OTOOLE       NOTICE ONLY       NOT FILED           .00           .00
METROPOLITAN BANK & TRUS   CURRENT MORTG          .00             .00           .00
METROPOLITAN BANK & TRUS   MORTGAGE ARRE     22519.53             .00           .00
MARTIN & KARCAZES LTD      NOTICE ONLY       NOT FILED           .00           .00
METROPOLITAN BANK & TRUS   MORTGAGE ARRE      2685.79             .00           .00
METROPOLITAN BANK & TRUS   CURRENT MORTG          .00             .00           .00
ADRIANNA QUESADA           NOTICE ONLY       NOT FILED           .00           .00
HOME EQUITY SERVICING CO   UNSECURED         NOT FILED           .00           .00
METROPOLITAN BANK & TRUS   SECURED           27076.74         1464.39       3011.86
DANIEL J WINTER            DEBTOR ATTY        2,853.00                      2,545.63
TOM VAUGHN                 TRUSTEE                                            592.77
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    7,614.65

PRIORITY                                              .00
SECURED                                          3,011.86

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00554 ANTONIO RANGEL
```

```
     INTEREST                                            1,464.39
UNSECURED                                                     .00
ADMINISTRATIVE                                           2,545.63
TRUSTEE COMPENSATION                                       592.77
DEBTOR REFUND                                                 .00
                              ----------------    ----------------
TOTALS                               7,614.65            7,614.65
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 03/10/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                                              PAGE   2
        CASE NO. 08 B 00554 ANTONIO RANGEL